Form omddue

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:* Peoria Charter Coach Company
    *Debtor*

*Case No.:* 25–80900

*Chapter:* 11

**ORDER RE: REQUIRED DOCUMENTS**
FAILURE TO FILE THE REQUIRED DOCUMENTS WITHIN THE SPECIFIED TIME
WILL RESULT IN DISMISSAL OF THIS CASE

A petition was filed in the above named case on 12/11/25. The documents and/or information listed below were not filed with the petition or were not filed on the most current Official forms. The following documents **must be filed on the most current Official form(s) within 14 days, on 12/26/25 , or the case will be dismissed without further notice.** Current *Official forms* may be obtained at *www.uscourts.gov/forms/bankruptcy–forms*.

**Required Documents and/or Information:**

- ☑ Statement of Financial Affairs
- ☑ Summary of Assets and Liabilities
- ☐ Schedule A/B
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☑ Schedules A/B through H
- ☑ Schedule of Income and Expenditures
- ☑ Declaration Under Penalty of Perjury for Non–Individual Debtors
- ☑ Attorney's Disclosure of Compensation
- ☐ Disclosure of Corporate Ownership Statement pursuant to B.R. 1007(1)
- ☑ List of Equity Security Holders

**Chapter 11 Small Business Cases:**

- ☑ Balance Sheet  ☑ Federal Income Tax Return
- ☑ Cash Flow Statement  ☑ Statement of Operations

**\*Item(s) indicated with an \* were not filed on the most current Official form(s).**

**Dated:** 12/12/25

                                                  /S/   Peter W. Henderson
                                                  United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's *mandatory* electronic filing policy.