Form 1112def

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:* Peoria Charter Coach Company   *Case No.:* 25–80900
*Debtor*

*Chapter:* 11

# Order and Deficiency Notice for Chapter 11 and Chapter 12 Cases

**Notice is hereby provided:**

**You are required to file the items requested below on or before 12/26/25.**

- ☑ Application to Employ Attorney for the Debtor/Debtor in Possession. You must also file an Order which approves the Application. The Order must include the following language: "All fees and expenses are subject to further court approval."

- ☐ An Order which approves your Application to Employ Attorney. The Order must include the following language: "All fees and expenses are subject to further court approval."

- ☐ Your Order approving your Application to Employ Attorney did not include certain required language. You must file an Order which includes the following language: "All fees and expenses are subject to further court approval."

- ☐ An Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan. Refer to Official Form 313 for sample language at *www.uscourts.gov/forms/bankruptcy–forms*.

- ☐ A certificate of service on the Order Approving Disclosure Statement and Fixing Time For Filing Acceptances or Rejections of Plan. It must include the date of service and the name and address of each party served.

- ☐ Other:

Failure to file/upload an order by the date specified above may result in the application being denied without further notice.

*Dated:* 12/12/25

　　　　　　　　　　　　　　　　　　　　　　　  /S/   Peter W. Henderson  
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.