Form 1112def

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602−1003

---

*In Re:*  Peoria Charter Coach Company                *Case No.:*  25−80900
*Debtor*

                                                      *Chapter:*  11

---

## Order and Deficiency Notice for Chapter 11 and Chapter 12 Cases

**Notice is hereby provided:**

**You are required to file the items requested below on or before 12/26/25.**

- ☑ Application to Employ Attorney for the Debtor/Debtor in Possession. You must also file an Order which approves the Application. The Order must include the following language: "All fees and expenses are subject to further court approval."

- ☐ An Order which approves your Application to Employ Attorney. The Order must include the following language: "All fees and expenses are subject to further court approval."

- ☐ Your Order approving your Application to Employ Attorney did not include certain required language. You must file an Order which includes the following language: "All fees and expenses are subject to further court approval."

- ☐ An Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Plan. Refer to Official Form 313 for sample language at *www.uscourts.gov/forms/bankruptcy−forms*.

- ☐ A certificate of service on the Order Approving Disclosure Statement and Fixing Time For Filing Acceptances or Rejections of Plan. It must include the date of service and the name and address of each party served.

- ☐ Other:

Failure to file/upload an order by the date specified above may result in the application being denied without further notice.

*Dated:* 12/12/25

                                                      /S/   Peter W. Henderson
                                                      United States Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.

United States Bankruptcy Court

Central District of Illinois

| | |
|---|---|
| In re: | Case No. 25-80900-pwh |
| Peoria Charter Coach Company | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0753-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 12, 2025 | Form ID: 1112def | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

**Recip ID    Recipient Name and Address**
db    + Peoria Charter Coach Company, 1910 N. Federal Dr., Suite 111, Urbana, IL 61801-0881

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 14, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

**Name    Email Address**

James Anthony Salinas
    on behalf of U.S. Trustee U.S. Trustee james.salinas@usdoj.gov

Jeana K. Reinbold
    on behalf of Debtor Peoria Charter Coach Company jeana@casevista.com
    brett@casevista.com;reinboldjr94021@notify.bestcase.com

U.S. Trustee
    USTPRegion10.PE.ECF@usdoj.gov

TOTAL: 3