Morton Community Bank
721 W. Jackson St.
Morton, IL 61550

Navitas Credit Corp.
203 Fort Wade Rd., Suite 300
Ponte Vedra, FL 32081