Form o11vstat

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:*  Peoria Charter Coach Company      *Case No.:*  25–80900
*Debtor*

                                                                                    *Chapter:*  11

---

### ORDER SETTING (A) STATUS CONFERENCE; (B) CLAIMS BAR DATE; AND (C) OTHER DEADLINES
### (FOR USE ONLY IN CASES UNDER SUBCHAPTER V OF CHAPTER 11)

In accordance with Subchapter V of Chapter 11 of Title 11 of the United States Code, the court hereby **ORDERS** as follows:

1. The court will convene a status conference on **February 2, 2026, at 11:00 AM,** at **Federal Building, Room 121, 100 NE Monroe Street, Peoria, IL 61602.** Debtor's counsel and the case trustee shall appear.

2. At least 14 days prior to the date of the foregoing status conference, Debtor shall file the report required by 11 U.S.C. § 1188(c) and shall serve that report on the case trustee, the United States Trustee, and all parties in interest.

3. Not later than 90 days following entry of the order for relief, Debtor shall file and serve a plan. 11 U.S.C. § 1189(b). Such plan shall conform to the requirements of 11 U.S.C. §§ 1190 and 1191, along with the applicable provisions of 11 U.S.C. §§ 1123 and 1129.

4. The court expects compliance with 11 U.S.C. §§ 1187(a), 1116(1)(A), and 1116(1)(B), which require a Debtor in a voluntary case filed under Subchapter V of Title 11 to file the following documents with the petition for relief:

    a. Debtor's most recent balance sheet;
    b. Debtor's most recent statement of operations;
    c. Debtor's cash–flow statement; and
    d. Debtor's most recent federal income tax return.

    If Debtor has not prepared one or more of the foregoing documents or, in the case of a federal income tax return, has not filed such a return, then in lieu of such document(s) and/or return, 11 U.S.C. §§ 1187(a), 1116(1)(A), and 1116(1)(B) require the Debtor to file with the petition for relief a declaration attesting to that fact under penalty of perjury.

5. Creditors other than governmental units shall file proof of their claim or interest not later than 70 days following entry of the order for relief. 11 U.S.C. § 502(b)(9) and Fed. R. Bankr. P. 3002(c)(1) shall govern the timing of the filing of proof of claims by governmental units.

*ORDER SETTING (A) STATUS CONFERENCE;*
   *(B) CLAIMS BAR DATE; AND (C) OTHER DEADLINES*

*Page 2*

    6.   Within 14 days following substantial consummation of any confirmed plan, Debtor shall file, and shall serve on the case trustee, the United States Trustee, and all parties in interest a notice of substantial consummation. 11 U.S.C. § 1183(c)(2).

**Attorneys and parties in interest participating in this hearing have the option of appearing remotely** via Zoom for Government® in lieu of appearing in person. To do so, launch Zoom® through your web browser or app and enter the following credentials as prompted.

      **Meeting ID:   161 8712 7251        Passcode:   5714**

Multiple hearings may be set at the same time. Stay connected to the Zoom® conference until your hearing(s) are concluded. Keep your camera and microphone off or muted while waiting for your case(s) to be called.

**Video access is available only to parties in interest and their attorneys participating in the hearing.** Members of the public and others interested in observing the proceedings must do so in person in the courtroom or by telephone. To listen by telephone, dial **551–285–1373** and enter the **Meeting ID** (followed by the # sign) and **Passcode** (followed by the # sign) when prompted. Participation by telephone is limited to listening only.

**Parties who are unable to appear by Zoom because they do not have a camera/microphone enabled, internet capable device may appear and participate by telephone** notwithstanding other published court policies. Telephone participation is limited to the circumstances described; all other parties are expected to appear by Zoom or attend the hearing in person.

**For full details and connection information,** see Judge Henderson's Zoom Video Hearing Guide for Participants on the Court's website. Participants are strongly encouraged to review the Guide prior to the scheduled hearing. www.ilcb.uscourts.gov/zoom–video–hearing–guide–participants

*Please be advised that all hearings are recorded. Participants electing to appear via Zoom® are responsible for ensuring their ability to connect to the conference and compliance with applicable rules and procedures. A continuance will be considered by the Court ONLY upon a motion establishing good cause, submitted at least two business days before the hearing.*

*Entered:* 12/15/25

                                                      /S/   Peter W. Henderson
                                                      United States Bankruptcy Judge

    Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.