Form gencrtnt

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Peoria Charter Coach Company
　　　　*Debtor(s)*

*Case No.:* 25–80900

*Chapter:* 11

---

# NOTICE

Debtor's Attorney, Jeana K. Reinbold, is responsible for serving the Notice of Hearing (Doc. #17) electronically and filing a Certificate of Service.

Dated: 12/15/25

　　　　　　　　　　　　　　　　　　　　　　　/S/　Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.