# United States Bankruptcy Court
## Central District of Illinois

In re   **Peoria Charter Coach Company**

Debtor(s)

Case No.   **25-80900**

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jingning Wang aka James Wang**<br>**1810 Autumn Ridge Dr.**<br>**Urbana, IL 61802** | **Common Stock** | **110.16** | **51% Owner** |
| **John Sturmanis**<br>**1854 CR 50E**<br>**Seymour, IL 61875** | **Common Stock** | **15.4** | **15% Owner** |
| **Roman Kuryluk**<br>**2981 Geneva Ln.**<br>**Lake in the Hills, IL 60156** | **Common Stock** | **71.28** | **33% Owner** |
| **William Winkler**<br>**2609 W. Lake Pointe Terrace**<br>**Peoria, IL 61614** | **Common Stock** | **2.16** | **1% Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 29, 2025**

Signature   **/s/ Jingning Wang, a/k/a James Wang**
**Jingning Wang, a/k/a James Wang**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**Fill in this information to identify the case:**

Debtor name    **Peoria Charter Coach Company**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **25-80900**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration    **Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 29, 2025**      *X* **/s/ Jingning Wang, a/k/a James Wang**
                                       Signature of individual signing on behalf of debtor

                                       **Jingning Wang, a/k/a James Wang**
                                       Printed name

                                       **CEO**
                                       Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Peoria Charter Coach Company** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF ILLINOIS** |
| Case number (if known): | **25-80900** |

☒ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ABC Companies 1506 30th Street N.W. Faribault, MN 55021** | | **Lease of 2018 Van Hool Motor Coach CX35 (#226, VIN ending 9818)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **ABC Companies 1506 30th Street N.W. Faribault, MN 55021** | | **Lease of 2024 Van Hool Motor Coach CX45 (#220, VIN ending 4245)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **American Express P.O. Box 981535 El Paso, TX 79998-1535** | | **Credit card purchases** | | | | **$663.32** |
| **American Express P.O. Box 981535 El Paso, TX 79998-1535** | | **Credit card purchases** | | | | **$480.00** |
| **American Express P.O. Box 981535 El Paso, TX 79998-1535** | | **Credit card purchases** | | | | **$222.41** |
| **Ascentium Capital 23970 Hwy 59 N Kingwood, TX 77339-1535** | | **Lease of 2023 Mercedes-Benz Motor Coach Tourrider (#221, VIN ending 1976)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **Atlantic Union Equipment Finance P.O. Box 2130 Alpharetta, GA 30009** | | **Lease of 2020 MCI Motor Coach J4500 (#280, VIN ending 9695)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **Atlys Commercial Credit, LLC as authorized rep of MAC Solutions, LLC 407 Channel Drive Point Pleasant Beach, NJ 08742** | | **Lease of 2018 MCI Motor Coach J4500 (#211, VIN ending 7671)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |

Debtor   **Peoria Charter Coach Company**　　　　　　　　　　Case number *(if known)*   **25-80900**
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Bank of America Leasing & Capital, LLC 540 W. Madison Street Mail Coe IL 4-540-22-30 Chicago, IL 60661** | | **Lease of 2023 Mercedes-Benz Motor Coach Tourrider (#222, VIN ending 1977)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **Customers Commercial Finance, LLC 60 Penhallow Street, Suite 201 Portsmouth, NH 03801** | | **Lease of 2024 MCI Motor Coach J4500 (#210, VIN ending 7670)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **Dayspring Bank 5370 S. 72nd St. Omaha, NE 68127** | | **Items for which Dayspring holds title, cash in accounts (subject to Morton UCC), receivables, parts, shop tools/ equipment, office furniture/equipme nt** | | **$3,156,275.89** | **$1,850,448.72** | **$1,305,827.17** |
| **Essence Shannon 1021 W. McClure Ave. Peoria, IL 61604** | | **Pending claims on account of 7/13/22 accident; case 2024 LA 139, Peoria County** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Gloria Wolters 219 Tyler St. Morton, IL 61550** | | **Pending insurance claim where driver had to brake hard and passenger that fell filed an injury claim, Debtor insurance company working to resolve.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Landmark Cadillac 2360 Prairie Crossing Dr. Springfield, IL 62711** | | **Pending insurance claim that motorcoaches have damaged parking lot, Debtor insurance company working to resolve.** | **Contingent Unliquidated Disputed** | | | **$0.00** |

Debtor   **Peoria Charter Coach Company**                Case number *(if known)*    **25-80900**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Laura Rosch 2323 W. Addison St., Unit 1 Chicago, IL 60618** | | **Pending claims on account of 7/13/22 accident; case 2024 L 7351, Cook County** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Midland States Bank 1801 Park 270 Drive, Suite 200 Saint Louis, MO 63146** | | **Lease of 2024 Van Hool Motor Coach CX45 (#223, VIN ending 4284)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **Navitas Credit Corp. 203 Fort Wade Road, Suite 300 Ponte Vedra, FL 32081** | | **Lease for 54 exterior cameras, interior cameras, rear view cameras, wireless gear, 4Channel HD Solutions live video & GPA, software solution to live s** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **Old Second National Bank 37 South River St. Aurora, IL 60506** | | **Lease of 2023 Van Hool Motor Coach CX45 (#207, VIN ending 4113)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **People's Capital and Leasing Corp. 850 Main Street, BC-03/RC871 Bridgeport, CT 06604** | | **Lease of 2019 MCI Motor Coach J4500 (#216, VIN ending 9298)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |
| **People's Capital and Leasing Corp. 850 Main Street, BC-03/RC871 Bridgeport, CT 06604** | | **Lease of 2019 MCI Motor Coach J4500 (#217, VIN ending 9336)** | **Contingent Unliquidated** | **Unknown** | **Unknown** | **Unknown** |

**Fill in this information to identify the case:**

Debtor name    **Peoria Charter Coach Company**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF ILLINOIS

Case number (if known)    **25-80900**

☐ Check if this is an amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $    **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $    **2,304,512.84**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $    **2,304,512.84**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **3,187,222.01**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$    **1,365.73**

4.  **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b                    $    **3,188,587.74**

**Fill in this information to identify the case:**

Debtor name   **Peoria Charter Coach Company**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   **25-80900**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Morton Community Bank** | **Checking** | **3257** | **$25,000.00** |
| 3.2. | **Morton Community Bank** | **Cash Sweep** | **3858** | **$843,168.09** |
| 3.3. | **Morton Community Bank** | **Money Market** | **0280** | **$190,166.75** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,058,334.84**

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **Peoria Charter Coach Company**                     Case number *(If known)* **25-80900**
_____ Name _____

Description, including name of holder of prepayment

8.1. **Prepaid expenses building, workers comp, health and auto insurance)**          **$195,193.00**

9. **Total of Part 2.**                                                         **$195,193.00**

Add lines 7 through 8. Copy the total to line 81.

Part 3:     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:      **160,601.00**    -    **0.00**  = ....    **$160,601.00**
_____ face amount _____        _____ doubtful or uncollectible accounts _____

12.   **Total of Part 3.**                                                     **$160,601.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:     **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1. | **Osaic brokerage account ending in 0722** | | **$408,659.00** |

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                              % of ownership

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**                                                     **$408,659.00**

Add lines 14 through 16.  Copy the total to line 83.

Part 5:     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |

Debtor    **Peoria Charter Coach Company**                          Case number *(If known)*  **25-80900**
          Name

| # | Description | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 20. | **Work in progress** | | | |
| 21. | **Finished goods, including goods held for resale** | | | |
| 22. | **Other inventory or supplies** **Parts on hand in Peoria including fuel and Diesel exhaust fluid** | **Unknown** | | **$50,000.00** |
| | **Parts on hand in Urbana including fuel and Diesel exhaust fluid** | **Unknown** | | **$10,000.00** |

23. **Total of Part 5.**                                                                                   **$60,000.00**

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office furniture and equipment - furniture is mostly from Habitat for Humanity, with the exception of desks and tables in Urbana that were purchased new from Roland's back in about 2017 for approximately $4,000, estimate of value of about $2,000 now; computers, desk phones, monitors were mostly purchased refurbished, with the exception of a 2 laptops in 2023 for $1,200, estimate of value of about $2,250.** | **Unknown** | **Liquidation** | **$4,250.00** |

Debtor   **Peoria Charter Coach Company** _____   Case number *(If known)* **25-80900** _____
   Name

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | **$4,250.00** |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2007 GMC Shop Truck (VIN ending 6495, Mileage: 123,682)** | Unknown | Liquidation | $2,000.00 |
| 47.2.   **2001 Dodge Shop Truck (C-U, VIN ending 3035, Mileage: 54,538)** | Unknown | Liquidation | $1,000.00 |
| 47.3.   **2018 Ford Service Truck (VIN ending 2741, Mileage: 27,804) (Dayspring holds title)** | Unknown | Liquidation | $10,000.00 |
| 47.4.   **2018 Dodge Gray Van (#2, VIN ending 8990, Mileage: 273,388)** | Unknown | Liquidation | $1,000.00 |
| 47.5.   **2016 Dodge Granite Van (#4A, VIN ending 5397, Mileage: 293,700) (Dayspring holds title)** | Unknown | Liquidation | $995.00 |
| 47.6.   **2016 Dodge Granite Van (#10A, VIN ending 1664, Mileage: 255,344) (Dayspring holds title)** | Unknown | Liquidation | $1,074.00 |
| 47.7.   **2017 Dodge White Van (#6, VIN ending 2613, Mileage: 213,758)** | Unknown | Liquidation | $1,000.00 |

| Debtor | **Peoria Charter Coach Company** | | | Case number *(If known)* **25-80900** |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 47.8. | **2015 Silver Van (#12, VIN ending 5627, Mileage: 268,620)** | Unknown | Liquidation | $500.00 |
| 47.9. | **2010 Ford White Van (#20, VIN ending 7402, Mileage: 305,704)** | Unknown | Liquidation | $500.00 |
| 47.10. | **2010 Silver White Van (#21, VIN ending 8112, Mileage: 262,989)** | Unknown | Liquidation | $500.00 |
| 47.11. | **2010 Ford White Van (#22, VIN ending 1517, Mileage: 268,599)** | Unknown | Liquidation | $800.00 |
| 47.12. | **2012 Ford White Van (#23, VIN ending 1538, Mileage: 261,304)** | Unknown | Liquidation | $500.00 |
| 47.13. | **2017 Ford Transit (#24A, VIN ending 5287, Mileage: 241,628) (Dayspring holds title)** | Unknown | Liquidation | $10,000.00 |
| 47.14. | **2019 Chrysler Pacifica (#26A, VIN ending 2132, Mileage: 106,392)** | Unknown | Liquidation | $10,000.00 |
| 47.15. | **2020 Chrysler Pacifica (#27A, VIN ending 5997, Mileage: 133,753)** | Unknown | Liquidation | $10,000.00 |
| 47.16. | **2020 Chrysler Pacifica (#28A, VIN ending 5605, Mileage: 133,540)** | Unknown | Liquidation | $10,000.00 |
| 47.17. | **2019 Chrysler Pacifica (#29A, VIN ending 7925, Mileage: 80,622)** | Unknown | Liquidation | $10,000.00 |
| 47.18. | **2022 Chrysler Pacifica (#30A, VIN ending 8432, Mileage: 63,743)** | Unknown | Liquidation | $12,000.00 |
| 47.19. | **1947 GMC Motor Coach (antique plates)** | Unknown | Comparable sale | $15,000.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|
| 48.1. | **1971 Trailer** | Unknown | Liquidation | $200.00 |

**49.    Aircraft and accessories**

| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **2019 Van Hool Motor Coach CX45 (#203, VIN ending 1419) (subject to lease of Wells Fargo Equipment Finance)** | Unknown | | Unknown |
|---|---|---|---|---|

Debtor    **Peoria Charter Coach Company**                          Case number *(If known)* **25-80900**
                 Name

| | | | |
|---|---|---|---|
| **2019 Van Hool Motor Coach CX45 with 431,635 miles (#204, VIN ending 9100)** | Unknown | Liquidation | $45,000.00 |
| **2018 MCI Motor Coach J4500 (#205, VIN ending 8940) (subject to lease of Wells Fargo Equipment Finance)** | Unknown | | Unknown |
| **2020 Prevost Motor Coach H3-45 (#206, VIN ending 0807) (subject to lease of Wells Fargo Equipment Finance)** | Unknown | | Unknown |
| **2023 Van Hool Motor Coach CX45 (#207, VIN ending 4113) (subject to lease of Old Second National Bank)** | Unknown | | Unknown |
| **2024 Prevost Motor Coach H3-45 (#208, VIN ending 1609) (subject to lease of VFS Leasing)** | Unknown | | Unknown |
| **2024 Prevost Motor Coach H3-45 (#209, VIN ending 1610) (subject to lease of VFS Leasing)** | Unknown | | Unknown |
| **2024 MCI Motor Coach J4500 (#210, VIN ending 7670) (subject to lease of Customers Commercial Finance)** | Unknown | | Unknown |
| **2018 MCI Motor Coach J4500 (#211, VIN ending 7671) (subject to lease of Atlys Commercial Credit)** | Unknown | | Unknown |
| **2017 Van Hool Motor Coach CX45 (#212, VIN ending 9373) (subject to lease of TCF Equipment Finance)** | Unknown | | Unknown |
| **2024 Prevost Motor Coach H3-45 (#214, VIN ending 1885) (subject to lease of VFS Leasing)** | Unknown | | Unknown |
| **2016 Van Hool Motor Coach CX45 with 603,601 miles (#215, VIN ending 8946)** | Unknown | Liquidation | $40,000.00 |
| **2019 MCI Motor Coach J4500 (#216, VIN ending 9298) (subject to lease of People's Capital and Leasing)** | Unknown | | Unknown |
| **2019 MCI Motor Coach J4500 (#217, VIN ending 9336) (subject to lease of People's Capital and Leasing)** | Unknown | | Unknown |

Debtor    **Peoria Charter Coach Company**                           Case number *(If known)*  **25-80900**
          Name

| | | |
|---|---|---|
| **2019 MCI Motor Coach J4500 (#218, VIN ending 9344) (subject to lease of People's Capital and Leasing)** | **Unknown** | **Unknown** |
| **2019 MCI Motor Coach J4500 (#219, VIN ending 9345) (subject to lease of People's Capital and Leasing)** | **Unknown** | **Unknown** |
| **2024 Van Hool Motor Coach CX45 (#220, VIN ending 4245) (subject to lease of ABC Companies)** | **Unknown** | **Unknown** |
| **2023 Mercedes-Benz Motor Coach Tourrider (#221, VIN ending 1976) (subject to lease of Ascentium Capital)** | **Unknown** | **Unknown** |
| **2023 Mercedes-Benz Motor Coach Tourrider (#222, VIN ending 1977) (subject to lease of Bank of America Leasing & Capital)** | **Unknown** | **Unknown** |
| **2024 Van Hool Motor Coach CX45 (#223, VIN ending 4284) (subject to lease of Midland States Bank)** | **Unknown** | **Unknown** |
| **2018 Van Hool Motor Coach CX45 (#225, VIN ending 9613) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | **Unknown** |
| **2018 Van Hool Motor Coach CX35 (#226, VIN ending 9818) (subject to lease of ABC Companies)** | **Unknown** | **Unknown** |
| **2018 MCI Motor Coach J4500 (#227, VIN ending 8941) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | **Unknown** |
| **2018 MCI Motor Coach J4500 (#228, VIN ending 8580) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | **Unknown** |
| **2018 MCI Motor Coach J4500 (#229, VIN ending 8581) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | **Unknown** |
| **2018 MCI Motor Coach J4500 (#230, VIN ending 8582) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | **Unknown** |
| **2018 MCI Motor Coach J4500 (#231, VIN ending 8583) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | **Unknown** |

Debtor    **Peoria Charter Coach Company**                                  Case number *(If known)* **25-80900**
          <sub>Name</sub>

| | | | |
|---|---|---|---|
| **2018 MCI Motor Coach J4500 (#232, VIN ending 8584) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | | **Unknown** |
| **2017 Van Hool Motor Coach CX45 (#233, VIN ending 9443) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | | **Unknown** |
| **2020 Van Hool Motor Coach CX45 (#234, VIN ending 1540) (subject to lease of Sumitomo Mitsui Finance and Leasing)** | **Unknown** | | **Unknown** |
| **2016 MCI Motor Coach J4500 with 641,364 miles (#235, VIN ending 7415) (Dayspring holds title)** | **Unknown** | **Liquidation** | **$50,000.00** |
| **2016 MCI Motor Coach J4500 with 652,444 miles (#237, VIN ending 7416) (Dayspring holds title)** | **Unknown** | **Liquidation** | **$50,000.00** |
| **2023 Prevost Motor Coach H3-45 (#238, VIN ending 1361) (subject to lease of VFS Leasing)** | **Unknown** | | **Unknown** |
| **2013 MCI Motor Coach J4500 with 775,720 miles (#241, VIN ending 6518)** | **Unknown** | **Liquidation** | **$30,000.00** |
| **2013 MCI Motor Coach J4500 with 755,115 miles (#242, VIN ending 6519)** | **Unknown** | **Liquidation** | **$30,000.00** |
| **2007 MCI Motor Coach J4500 with 366,410 miles (#244, VIN ending 4262) (Coach is not in working condition and has been out of service for over half a year) (Dayspring holds title)** | **Unknown** | **Liquidation** | **$10,000.00** |
| **2020 MCI Motor Coach J4500 (#247, VIN ending 9666) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | | **Unknown** |
| **2009 MCI Motor Coach J4500 with 873,555 miles (#249, VIN ending 5242) (Coach is not in working condition and has been out of service for over half a year) (Dayspring holds title)** | **Unknown** | **Liquidation** | **$10,000.00** |
| **2017 MCI Motor Coach J4500 with 308,344 miles (#254, VIN ending 7929) (Coach does not have a working AC system and has not been in service for over a year) (Dayspring holds title)** | **Unknown** | **Liquidation** | **$20,000.00** |

Debtor   **Peoria Charter Coach Company**                     Case number *(If known)* **25-80900**
         Name

| | | | |
|---|---|---|---|
| **2018 Van Hool Motor Coach CX45 (#265, VIN ending 9618) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | | **Unknown** |
| **2018 Van Hool Motor Coach CX45 (#268, VIN ending 9739) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | | **Unknown** |
| **2020 MCI Motor Coach J4500 (#269, VIN ending 9667) (subject to lease of Wells Fargo Equipment Finance)** | **Unknown** | | **Unknown** |
| **2023 Prevost Motor Coach H3-45 (#270, VIN ending 1362) (subject to lease of VFS Leasing)** | **Unknown** | | **Unknown** |
| **2018 Van Hool Motor Coach CX35 (#279, VIN ending 9850) (subject to lease of TCF Equipment Finance)** | **Unknown** | | **Unknown** |
| **2020 MCI Motor Coach J4500 (#280, VIN ending 9695) (subject to lease of Atlantic Union Equipment Finance)** | **Unknown** | | **Unknown** |
| **Garage tools: AC refrigerant recharging machine in Peoria (200), AC refrigerant recharging machine in Urbana garage (1000), bus lifts in Peoria (1000), bus lifts red in CU (1000), bus lifts white in CU (1000), tire changer in Peoria (800), tire changer in CU (800)** | **Unknown** | **Liquidation** | **$5,800.00** |
| **2006 MCI J4500 (old #207, VIN ending in 3740) (bus is in pieces and dismantled, setting in the back of lot; put out of service during COVID due to rusting and unsafe condition) (Dayspring holds title)** | **Unknown** | | **$0.00** |
| **54 exterior cameras, interior cameras, rear view cameras, wireless gear, 4Channel HD Solutions live video & GPA, software solution to live stream video; 270 indoor/outdoor cameras (subject to lease of Navitas Credit Corp.)** | **Unknown** | | **Unknown** |

51.   **Total of Part 8.**                                                                  **$387,869.00**

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No

Debtor    **Peoria Charter Coach Company**                     Case number *(If known)* **25-80900**
          Name

☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Leasehold interest in office at 6035 N. Knoxville, Peoria (see Schedule G, 2.1), office at 191 N. Federal Drive Urbana, garage at 2008 N. Federal Drive, Urbana, company headquarters at 2600 NE Adams St., Peoria, IL (see Schedule G, 2.7 and 2.15), 1503 E. College Ave., Normal (seeSchedule G, 2.9)** | **Lease** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                                          | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |

Debtor   **Peoria Charter Coach Company**                                   Case number *(If known)* **25-80900**
         Name

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**
      **Owns 12.5% interest in Unifleet software that**
      **company uses to operate (based on owners'**
      **assessment of what the software would be**
      **worth)**                                        **Unknown**    **N/A**                          **$2,125.00**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                  **$2,125.00**

      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Part 11:      **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                                                                          **Current value of
                                                                                          debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

      **Fuel Tax Refund**                                    Tax year _____          **$27,481.00**

73.   **Interests in insurance policies or annuities**

      **Term life insurance - Fort Dearborn**                                                 **$0.00**

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

      **Insurance claim (McGarry) (see SOFA 10)**                                             **Unknown**
      **Nature of claim**          _____
      **Amount requested**              **$0.00**

Debtor   **Peoria Charter Coach Company**                          Case number *(If known)*  **25-80900**
       Name

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---|
| | **$27,481.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

Debtor **Peoria Charter Coach Company**                                    Case number *(If known)* **25-80900**
         Name

---

Part 12:        **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,058,334.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $195,193.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $160,601.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $408,659.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $60,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,250.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $387,869.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,125.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $27,481.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,304,512.84 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,304,512.84 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Peoria Charter Coach Company** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | **25-80900** |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| **2.1  ABC Companies**<br>Creditor's Name<br><br>**1506 30th Street N.W.**<br>**Faribault, MN 55021**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/2019**<br>**Last 4 digits of account number** | **Unknown** | **Unknown** |

**Describe debtor's property that is subject to a lien**
**Lease of 2018 Van Hool Motor Coach CX35 (#226, VIN ending 9818)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| | Column A | Column B |
|---|---|---|
| **2.2  ABC Companies**<br>Creditor's Name<br><br>**1506 30th Street N.W.**<br>**Faribault, MN 55021**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/2023**<br>**Last 4 digits of account number** | **Unknown** | **Unknown** |

**Describe debtor's property that is subject to a lien**
**Lease of 2024 Van Hool Motor Coach CX45 (#220, VIN ending 4245)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Peoria Charter Coach Company**                                    Case number (if known)   **25-80900**
Name

No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 | **Ascentium Capital** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**Lease of 2023 Mercedes-Benz Motor Coach Tourrider (#221, VIN ending 1976)**

**23970 Hwy 59 N
Kingwood, TX 77339-1535**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
6/2023**

**Last 4 digits of account number
1371**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.4 | **Atlantic Union Equipment Finance** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**Lease of 2020 MCI Motor Coach J4500 (#280, VIN ending 9695)**

**P.O. Box 2130
Alpharetta, GA 30009**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
9/2021**

**Last 4 digits of account number
9695**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.5 | **Atlys Commercial Credit, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**Lease of 2018 MCI Motor Coach J4500 (#211, VIN ending 7671)**

**as authorized rep of MAC Solutions, LLC
407 Channel Drive
Point Pleasant Beach, NJ 08742**
Creditor's mailing address

**Describe the lien**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 2 of 17

Debtor   **Peoria Charter Coach Company**                          Case number (if known)   **25-80900**
_____
Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Date debt was incurred**
**8/2023**
**Last 4 digits of account number**
**4001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.6 | **Bank of America Leasing & Capital, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**540 W. Madison Street**
**Mail Coe IL 4-540-22-30**
**Chicago, IL 60661**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Lease of 2023 Mercedes-Benz Motor Coach Tourrider (#222, VIN ending 1977)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/2023**
**Last 4 digits of account number**
**7000**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **Customers Commercial Finance, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**60 Penhallow Street, Suite 201**
**Portsmouth, NH 03801**
_____
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Lease of 2024 MCI Motor Coach J4500 (#210, VIN ending 7670)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/2023**
**Last 4 digits of account number**
**3196**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Peoria Charter Coach Company** | Case number (if known) | **25-80900** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.8 | **Dayspring Bank** | **Describe debtor's property that is subject to a lien** | **$3,156,275.89** | **$1,850,448.72** |
|---|---|---|---|---|
| | Creditor's Name | **Items for which Dayspring holds title, cash in accounts (subject to Morton UCC), receivables, parts, shop tools/ equipment, office furniture/equipment - estimated value, Debtor seeks to appraise** | | |

**5370 S. 72nd St.
Omaha, NE 68127**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/11/20
Last 4 digits of account number
4145**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Midland States Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Lease of 2024 Van Hool Motor Coach CX45 (#223, VIN ending 4284)** | | |

**1801 Park 270 Drive, Suite 200
Saint Louis, MO 63146**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
12/2023
Last 4 digits of account number
7002**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.10 | **Morton Community Bank** | **Describe debtor's property that is subject to a lien** | **$30,946.12** | **$190,166.75** |
|---|---|---|---|---|
| | Creditor's Name | **81 driver credit cards with Morton Community Bank and secured by deposit account** | | |

**P.O. Box 104
Morton, IL 61550**

Creditor's mailing address

**Describe the lien**

---

Debtor **Peoria Charter Coach Company**                    Case number (if known) **25-80900**
_____
Name

---

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.11**

| | | | |
|---|---|---|---|
| **Navitas Credit Corp.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
| Creditor's Name | **Lease for 54 exterior cameras, interior cameras, rear view cameras, wireless gear, 4Channel HD Solutions live video & GPA, software solution to live stream video; 270 indoor/outdoor cameras** | | |
| **203 Fort Wade Road, Suite 300** **Ponte Vedra, FL 32081** | | | |
| Creditor's mailing address | **Describe the lien** | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**6/2021**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.12**

| | | | |
|---|---|---|---|
| **Old Second National Bank** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
| Creditor's Name | **Lease of 2023 Van Hool Motor Coach CX45 (#207, VIN ending 4113)** | | |
| **37 South River St.** **Aurora, IL 60506** | | | |
| Creditor's mailing address | **Describe the lien** | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**10/2023**
**Last 4 digits of account number**
**3006**

**Do multiple creditors have an interest in the same property?**          **As of the petition filing date, the claim is:** Check all that apply

---

| Debtor | **Peoria Charter Coach Company** | Case number (if known) | **25-80900** |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

☐ Disputed

---

**2.13**

**People's Capital and Leasing Corp.**
Creditor's Name

**850 Main Street, BC-03/RC871 Bridgeport, CT 06604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2/2020**
**Last 4 digits of account number
7001**
**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease of 2019 MCI Motor Coach J4500 (#216, VIN ending 9298)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Unknown**     **Unknown**

---

**2.14**

**People's Capital and Leasing Corp.**
Creditor's Name

**850 Main Street, BC-03/RC871 Bridgeport, CT 06604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2/2020**
**Last 4 digits of account number
7001**
**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease of 2019 MCI Motor Coach J4500 (#217, VIN ending 9336)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Unknown**     **Unknown**

---

**2.15**

**People's Capital and Leasing Corp.**
Creditor's Name

**850 Main Street, BC-03/RC871 Bridgeport, CT 06604**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2019 MCI Motor Coach J4500 (#218, VIN ending 9344)**

**Describe the lien**

**Unknown**     **Unknown**

---

Debtor    **Peoria Charter Coach Company**                                    Case number (if known)   **25-80900**
          Name

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2020**

**Last 4 digits of account number**
**7001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.16 | **People's Capital and Leasing Corp.** | | | Unknown | Unknown |

Creditor's Name

**850 Main Street, BC-03/RC871 Bridgeport, CT 06604**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2019 MCI Motor Coach J4500 (#219, VIN ending 9345)**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2020**

**Last 4 digits of account number**
**7001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.17 | **Sumitomo Mitsui Finance and Leasing Comp** | | | Unknown | Unknown |

Creditor's Name

**666 Third Avenue, 8th Floor New York, NY 10017**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2020 Van Hool Motor Coach CX45 (#234, VIN ending 1540)**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/2022**

**Last 4 digits of account number**
**2114**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **Peoria Charter Coach Company**                              Case number (if known)    **25-80900**
_____Name_____

| ☑ No | ☑ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**a division of TCF National Bank**
**11100 Wayzata Blvd., Suite 801**
**Hopkins, MN 55305**
Creditor's mailing address

**Lease of 2018 Van Hool Motor Coach CX35 (#279, VIN ending 9850)**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2018**
**Last 4 digits of account number**
**307L**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.1 9 | **TCF Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |

Creditor's Name

**a division of TCF National Bank**
**11100 Wayzata Blvd., Suite 801**
**Hopkins, MN 55305**
Creditor's mailing address

**Lease of 2017 Van Hool Motor Coach CX45 (#212, VIN ending 9373)**

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2018**
**Last 4 digits of account number**
**307L**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.2 0 | **VFS Leasing Co.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

| Debtor | **Peoria Charter Coach Company** | Case number (if known) | **25-80900** |
|---|---|---|---|
| | Name | | |

Creditor's Name

**7025 Albert Pick Road, Suite 105**
**P.O. Box 26131**
**Greensboro, NC**
**27402-6131**
Creditor's mailing address

**Lease of 2023 Prevost Motor Coach H3-45 (#238, VIN ending 1361)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2022**
**Last 4 digits of account number**
**1655**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

**2.21**

**VFS Leasing Co.**
Creditor's Name

**7025 Albert Pick Road, Suite 105**
**P.O. Box 26131**
**Greensboro, NC**
**27402-6131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/2022**
**Last 4 digits of account number**
**1655**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease of 2023 Prevost Motor Coach H3-45 (#270, VIN ending 1362)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Unknown     Unknown**

---

**2.22**

**VFS Leasing Co.**
Creditor's Name

**7025 Albert Pick Road, Suite 105**
**P.O. Box 26131**
**Greensboro, NC**
**27402-6131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2024 Prevost Motor Coach H3-45 (#208, VIN ending 1609)**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

**Unknown     Unknown**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 9 of 17

Debtor   **Peoria Charter Coach Company**                          Case number (if known)   **25-80900**
Name

Creditor's email address, if known

**Date debt was incurred**
**7/2023**

**Last 4 digits of account number**
**1655**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 3 | **VFS Leasing Co.** | | **Unknown** | **Unknown** |

**VFS Leasing Co.**
Creditor's Name

**7025 Albert Pick Road, Suite 105**
**P.O. Box 26131**
**Greensboro, NC**
**27402-6131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/2023**

**Last 4 digits of account number**
**1655**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease of 2024 Prevost Motor Coach H3-45 (#214, VIN ending 1885)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.2 4 | **VFS Leasing Co.** | | **Unknown** | **Unknown** |

**VFS Leasing Co.**
Creditor's Name

**7025 Albert Pick Road, Suite 105**
**P.O. Box 26131**
**Greensboro, NC**
**27402-6131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/2023**

**Last 4 digits of account number**
**1655**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Lease of 2024 Prevost Motor Coach H3-45 (#209, VIN ending 1610)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Peoria Charter Coach Company**                     Case number (if known)   **25-80900**
              Name

■ No
□ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
□ Disputed

---

| 2.2 5 | **Wells Fargo Equipment Finance, Inc.** | | **Unknown** | **Unknown** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Lease of 2019 Van Hool Motor Coach CX45 (#203, VIN ending 1419)**

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2019**
**Last 4 digits of account number**
**0106**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
□ Disputed

---

| 2.2 6 | **Wells Fargo Equipment Finance, Inc.** | | **Unknown** | **Unknown** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Lease of 2020 Prevost Motor Coach H3-45 (#206, VIN ending 0807)**

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/2020**
**Last 4 digits of account number**
**0108**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
□ Disputed

---

| 2.2 7 | **Wells Fargo Equipment Finance, Inc.** | | **Unknown** | **Unknown** |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Lease of 2018 MCI Motor Coach J4500 (#228, VIN ending 8580)**

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**
Creditor's mailing address

**Describe the lien**

---

| Debtor | **Peoria Charter Coach Company** | Case number (if known) | **25-80900** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**12/2017**
**Last 4 digits of account number**
**0102**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.28 | **Wells Fargo Equipment Finance, Inc.** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2018 MCI Motor Coach J4500 (#229, VIN ending 8581)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**12/2017**
**Last 4 digits of account number**
**0102**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.29 | **Wells Fargo Equipment Finance, Inc.** | | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2018 MCI Motor Coach J4500 (#230, VIN ending 8582)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**12/2017**
**Last 4 digits of account number**
**0102**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Peoria Charter Coach Company** | Case number (if known) | **25-80900** |
|---|---|---|---|
| | Name | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

**2.30**

**Wells Fargo Equipment Finance, Inc.**
Creditor's Name

**600 South 4th Street MAC N9300-100 Minneapolis, MN 55415**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 12/2017**

**Last 4 digits of account number 0102**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease 2018 MCI Motor Coach J4500 (#231, VIN ending 8583)**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Unknown**          **Unknown**

---

**2.31**

**Wells Fargo Equipment Finance, Inc.**
Creditor's Name

**600 South 4th Street MAC N9300-100 Minneapolis, MN 55415**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred 12/2017**

**Last 4 digits of account number 0102**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease of 2018 MCI Motor Coach J4500 (#232, VIN ending 8584)**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Unknown**          **Unknown**

---

**2.32**

**Wells Fargo Equipment Finance, Inc.**
Creditor's Name

**600 South 4th Street MAC N9300-100 Minneapolis, MN 55415**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2017 Van Hool Motor Coach CX45 (#233, VIN ending 9443)**

**Describe the lien**

**Unknown**          **Unknown**

---

Debtor   **Peoria Charter Coach Company**                          Case number (if known)   **25-80900**
　　　　　　Name

---

Creditor's email address, if known

**Date debt was incurred**
**12/2017**
**Last 4 digits of account number**
**0103**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| | | |
|---|---|---|
| **2.33** **Wells Fargo Equipment Finance, Inc.** | | **Unknown** **Unknown** |

Creditor's Name

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2018 Van Hool Motor Coach CX45 (#225, VIN ending 9613)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2018**
**Last 4 digits of account number**
**0104**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| | | |
|---|---|---|
| **2.34** **Wells Fargo Equipment Finance, Inc.** | | **Unknown** **Unknown** |

Creditor's Name

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2018 Van Hool Motor Coach CX45 (#265, VIN ending 9618)**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/2018**
**Last 4 digits of account number**
**0104**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page 14 of 17

| Debtor | **Peoria Charter Coach Company** | | Case number (if known) | **25-80900** |
| | Name | | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Contingent

☑ Unliquidated

☐ Disputed

---

**2.35** **Wells Fargo Equipment Finance, Inc.**
Creditor's Name

**600 South 4th Street MAC N9300-100 Minneapolis, MN 55415**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred 12/2018**

**Last 4 digits of account number 0104**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease of 2018 Van Hool Motor Coach CX45 (#268, VIN ending 9739)**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Unknown** **Unknown**

---

**2.36** **Wells Fargo Equipment Finance, Inc.**
Creditor's Name

**600 South 4th Street MAC N9300-100 Minneapolis, MN 55415**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred 12/2018**

**Last 4 digits of account number 0105**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Lease of 2018 MCI Motor Coach J4500 (#205, VIN ending 8940)**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

**Unknown** **Unknown**

---

**2.37** **Wells Fargo Equipment Finance, Inc.**
Creditor's Name

**600 South 4th Street MAC N9300-100 Minneapolis, MN 55415**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2018 MCI Motor Coach J4500 (#227, VIN ending 8941)**

**Describe the lien**

**Unknown** **Unknown**

---

Debtor **Peoria Charter Coach Company**
_____Name_____

Case number (if known)   **25-80900**

---

Creditor's email address, if known

**Date debt was incurred**
**12/2018**
**Last 4 digits of account number**
**0105**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.38 | **Wells Fargo Equipment Finance, Inc.** | | |
|---|---|---|---|

Creditor's Name

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease of 2020 MCI Motor Coach J4500 (#247, VIN ending 9666)**

**Unknown**     **Unknown**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**
**11/2019**
**Last 4 digits of account number**
**0107**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.39 | **Wells Fargo Equipment Finance, Inc.** | | |
|---|---|---|---|

Creditor's Name

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lease 2020 MCI Motor Coach J4500 (#269, VIN ending 9667)**

**Unknown**     **Unknown**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**
**11/2019**
**Last 4 digits of account number**
**0107**

**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 16 of 17

| Debtor | **Peoria Charter Coach Company** | Case number (if known) | **25-80900** |
|---|---|---|---|
| | Name | | |

■ No

□ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

□ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

**$3,187,222.01**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Navitas Credit Corp.**<br>**201 Executive Center Dr. Ste. 100**<br>**Columbia, SC 29210** | Line **2.11** | |
| **Wells Fargo Equipment Finance, Inc.**<br>**P.O. Box 856941**<br>**Suite 350**<br>**Minneapolis, MN 55485-6941** | Line **2.25** | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Peoria Charter Coach Company** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | **25-80900** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address<br>**Illinois Department of Revenue**<br>**P.O. Box 19035**<br>**Springfield, IL 62794** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

55612

| Debtor | **Peoria Charter Coach Company** | Case number (if known) | **25-80900** |
|---|---|---|---|
| | Name | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$222.41** |
|---|---|---|---|

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit card purchases__

**Last 4 digits of account number  1007**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$480.00** |
|---|---|---|---|

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit card purchases__

**Last 4 digits of account number  1007**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$663.32** |
|---|---|---|---|

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit card purchases__

**Last 4 digits of account number  1007**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Barclays**
**P.O. Box 8801**
**Wilmington, DE 19899-8801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit card purchases__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chase**
**P.O. Box 15548**
**Wilmington, DE 19886-5548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit card purchases__

**Last 4 digits of account number  6153**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Citibank**
**6716 Grade Lane, Building 9, Suite 910**
**Louisville, KY 40213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Credit card purchases__

**Last 4 digits of account number  6215**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Essence Shannon**
**1021 W. McClure Ave.**
**Peoria, IL 61604**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Pending claims on account of 7/13/22 accident; case__
__2024 LA 139, Peoria County__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Peoria Charter Coach Company** | Case number (if known) | **25-80900** |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Gloria Wolters**
**219 Tyler St.**
**Morton, IL 61550**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Pending insurance claim where driver had to brake hard and passenger that fell filed an injury claim, Debtor insurance company working to resolve.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Landmark Cadillac**
**2360 Prairie Crossing Dr.**
**Springfield, IL 62711**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Pending insurance claim that motorcoaches have damaged parking lot, Debtor insurance company working to resolve.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Laura Rosch**
**2323 W. Addison St., Unit 1**
**Chicago, IL 60618**

Date(s) debt was incurred  **7/2022**

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Pending claims on account of 7/13/22 accident; case 2024 L 7351, Cook County**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Rachael Chavis**
**7311 Woodwrad Ave. Apt. 303**
**Woodridge, IL 60517**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  **Unemployment appeal**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:     List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Essence Shannon**<br>**c/o Halliday McCall**<br>**1225 N. North St., 2nd Fl.**<br>**Peoria, IL 61606** | Line  **3.7**<br><br>☐  Not listed. Explain ____ | _ |

---

## Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. **+** | $ | 1,365.73 |

---

Debtor    **Peoria Charter Coach Company**                                    Case number (if known)    **25-80900**
          Name

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.                                                5c.    $ _____ **1,365.73**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Peoria Charter Coach Company** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF ILLINOIS |
| Case number (if known) | **25-80900** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Rent for office of Peoria Charter Travel at 6035 N. Knoxville Avenue, Suite 101B, Peoria, IL, last set at $2,652.43 per month, for 10/2024 through 10/2026 (subject to periodic adjustment per terms of lease)** | |
| | State the term remaining | | **6035 Knoxville, LLC** |
| | List the contract number of any government contract | | **Attn: Katie J. Kim, Agent P.O. Box 3794 Peoria, IL 61612** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **(1) 2024 Van Hool CX45 (Coach #220, VIN ending 4245): lease from 12/2023 to 3/2031, monthly payments of $7,095** | |
| | State the term remaining | | **ABC Companies** |
| | List the contract number of any government contract | | **1506 30th Street N.W. Faribault, MN 55021** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **(1) 2018 Van Hool CX35 (Coach #226, VIN #9818): Original lease from 9/2019 extended in 12/2025 to 12/2027, monthly payments of $3,135** | |
| | State the term remaining | | **ABC Companies** |
| | List the contract number of any government contract | | **1506 30th Street N.W. Faribault, MN 55021** |

Debtor 1   **Peoria Charter Coach Company**                                                           Case number (*if known*)   **25-80900**
       First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **(1) 2023 Tourrider Mercedes-Benz (Coach #221, VIN ending 1976): lease from 6/2023 to 8/2030, monthly payments of $6,882** | |
| State the term remaining | | |
| List the contract number of any government contract | **Ascentium Capital 23970 Hwy 59 N Kingwood, TX 77339-1535** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **(1) MCI J4500 Coach (Coach #280, VIN ending 9695): lease from 9/2021 to 10/2028, monthly payments of $5,912** | |
| State the term remaining | | |
| List the contract number of any government contract | **Atlantic Union Equipment Finance P.O. Box 2130 Alpharetta, GA 30009** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **(1) 2020 MCI J4500 (Coach #211, VIN ending 1671): lease from 8/2023 to 10/2030, monthly payments of $7,181** | |
| State the term remaining | | |
| List the contract number of any government contract | **Atlys Commercial Credit, LLC as authorized rep of MAC Solutions, LLC 407 Channel Drive Point Pleasant Beach, NJ 08742** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **Rent for office at 191 N. Federal Drive, Urbana, IL, garage facility at 2008 N. Federal Drive, Urbana, IL and portion of buildings at company headquarters of 2600 NE Adams St., Peoria, IL 61603, for $10,000 per month.** | |
| State the term remaining | | |
| List the contract number of any government contract | **B.C. Winkler Enterprises, LLC c/o Kenneth Eathington, Registered Agent 227 NE Jefferson St. Peoria, IL 61602** |

Debtor 1 **Peoria Charter Coach Company**                                 Case number (*if known*)  **25-80900**
　　　　First Name　　　　　Middle Name　　　　　Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **(1) 2023 Mercedes-Benz Tourrider Bus (Coach #222, VIN ending 1977): lease from 6/2023 to 8/2030, monthly payments of $6,876** | |
| | State the term remaining | | **Bank of America Leasing & Capital, LLC 540 W. Madison Street Mail Coe IL 4-540-22-30 Chicago, IL 60661** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Rent for office of Peoria Charter Travel at 1503 E. College Avenue, Unit D, Normal, IL, approx. $2,000 per month (subject to periodic adjustment per terms of lease)** | |
| | State the term remaining | | **College Hills LLC Attn: Mark S. Curtis P.O. Box 0954 Bloomington, IL 61702-0954** |
| | List the contract number of any government contract | | |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **(1) 2024 MCI J4500 Motor Coach (Coach #210, VIN ending 7670): lease from 7/2023 to 9/2030, monthly payments of $7,150** | |
| | State the term remaining | | **Customers Commercial Finance, LLC 60 Penhallow Street, Suite 201 Portsmouth, NH 03801** |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **(1) 2024 Van Hool CX45 Coach (Coach #223, VIN ending 4284): lease from 12/2023 to 1/2031, monthly payments of $6,995** | |
| | State the term remaining | | **Midland States Bank 1801 Park 270 Drive, Suite 200 Saint Louis, MO 63146** |
| | List the contract number of any government contract | | |

Debtor 1   **Peoria Charter Coach Company**                                    Case number (*if known*)   **25-80900**

First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **Lease for bus cameras dated 6/28/21, 60 payments at $3,773.05** |
| State the term remaining | |
| List the contract number of any government contract | **Navitas Credit Corp. 203 Fort Wade Road, Suite 300 Ponte Vedra, FL 32081** |
| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **(1) 2023 Van Hool Model CX45 Motor Coach Bus (Coach #207, VIN ending 4113): lease from 10/2023 to 12/2030, monthly payments of $7,,275** |
| State the term remaining | |
| List the contract number of any government contract | **Old Second National Bank 37 South River St. Aurora, IL 60506** |
| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **(4) 2019 MCI J4500 56 Passenger Motor Coaches (Coach #s 216, 217, 218, 219, VIN ending 9298, 9336, 9344, 9345): 4 leases each from 2/2020 to 4/2028, monthly payments of $4,667.40 each** |
| State the term remaining | |
| List the contract number of any government contract | **People's Capital and Leasing Corp. 850 Main Street, BC-03/RC871 Bridgeport, CT 06604** |
| **2.15.** State what the contract or lease is for and the nature of the debtor's interest | **Rent for office and part of buildings at 2600 NE Adams St., Peoria, IL 61603, approx. $6,000 per month (rent adjusts per terms of lease based on the Consumer Price Index)** |
| State the term remaining | **R.V. Winkler Enterprises, LLC c/o Kenneth Eathington, Agent Quinn Johnston 227 NE Jefferson St. Peoria, IL 61602** |
| List the contract number of any government contract | |

Debtor 1   **Peoria Charter Coach Company**                                    Case number (*if known*)   **25-80900**

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.16.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(1) 2020 Van Hool CX45 Commu Bus (Coach #234, VIN ending 1540): lease from 3/2022 to 10/2028, monthly payments of $6,295**<br><br>**Sumitomo Mitsui Finance and Leasing Comp**<br>**666 Third Avenue, 8th Floor**<br>**New York, NY 10017** |
| **2.17.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(1) 2018 Van Hool CX35 (Coach #279, VIN ending 9650): lease from 9/2018 to 10/2026, monthly payments of $6,192**<br><br>**TCF Equipment Finance**<br>**a division of TCF National Bank**<br>**11100 Wayzata Blvd., Suite 801**<br>**Hopkins, MN 55305** |
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(1) 2017 Van Hool CX45 Motor Coach (Coach #212, VIN ending 9373): lease from 9/2018 to 3/2026, monthly payments of $6,378**<br><br>**TCF Equipment Finance**<br>**a division of TCF National Bank**<br>**11100 Wayzata Blvd., Suite 801**<br>**Hopkins, MN 55305** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **(2) 2023 Prevost H3-45 (Coach #s 238, 270, VIN ending 1361, 1362): 2 leases each from 9/2022 to 11/2029, monthly payments of $8,180.50 each lease**<br><br>**VFS Leasing Co.**<br>**7025 Albert Pick Road, Suite 105**<br>**P.O. Box 26131**<br>**Greensboro, NC 27402-6131** |

Debtor 1   **Peoria Charter Coach Company**                                    Case number (*if known*)   **25-80900**

First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.20.**   State what the contract or lease is for and the nature of the debtor's interest

**(2) 2024 Prevost H3-45 (Coach #s 208, 209, VIN ending 1609, 1610): 2 leases each from 7/2023 to 9/2030 monthly payments of $9,188 each lease**

State the term remaining

**VFS Leasing Co.**
**7025 Albert Pick Road, Suite 105**
**P.O. Box 26131**
**Greensboro, NC 27402-6131**

List the contract number of any government contract

---

**2.21.**   State what the contract or lease is for and the nature of the debtor's interest

**(1) 2024 Prevost H3-45 (Coach #214, VIN ending 1685): lease from 10/2023 to 12/2030, monthly payments of $8,135.21**

State the term remaining

**VFS Leasing Co.**
**7025 Albert Pick Road, Suite 105**
**P.O. Box 26131**
**Greensboro, NC 27402-6131**

List the contract number of any government contract

---

**2.22.**   State what the contract or lease is for and the nature of the debtor's interest

**(5) 2018 MCI 34500 Intercity Coaches (Coach #s 227, 229, 230, 231, 232, VIN ending 8580, 8581, 8582, 8583, 8584): 5 leases each from 12/2017 extended in 12/2025 to 12/2027, monthly payments of $4,508 each lease**

State the term remaining

**Wells Fargo Equipment Finance, Inc.**
**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**

List the contract number of any government contract

---

**2.23.**   State what the contract or lease is for and the nature of the debtor's interest

**(1) 2017 Van Hool CX45 Bus (Coach #233, VIN ending 9443): Original lease from 12/2017 extended in 12/2025 to 12/2027, monthly payments of $4,378**

State the term remaining

**Wells Fargo Equipment Finance, Inc.**
**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**

List the contract number of any government contract

---

| Debtor 1 | **Peoria Charter Coach Company** | | Case number (*if known*) | **25-80900** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **(2) 2020 MCI J4500 Motor Coaches (Coach #s 247, 269, VIN ending 9666, 9667): 2 leases each from 11/2019 to 7/2028, monthly payments of $6,591 each lease** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Equipment Finance, Inc.** |
| | List the contract number of any government contract | | **600 South 4th Street MAC N9300-100 Minneapolis, MN 55415** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **(3) 2018 Van Hool CX 45 Buses (Coach #s 225, 265, 268, VIN ending 9613, 9618, 9739): 3 leases each from 12/2018 to 1/2026, monthly payments of $5,648 each lease** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Equipment Finance, Inc.** |
| | List the contract number of any government contract | | **600 South 4th Street MAC N9300-100 Minneapolis, MN 55415** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **(1) 2019 Van Hool CX45L Motor Coach: (Coach #203, VIN ending 1419): lease from 11/2019 to 6/2027, monthly payments of $6,410** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Equipment Finance, Inc.** |
| | List the contract number of any government contract | | **600 South 4th Street MAC N9300-100 Minneapolis, MN 55415** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **(2) 2018 MCI J4500 Motor Coaches (Coach #s 205, 227, VIN ending 8940, 8941): 2 leases each from 12/2018 to 5,2018, monthly payments of $6,485.50 each lease** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Equipment Finance, Inc.** |
| | List the contract number of any government contract | | **600 South 4th Street MAC N9300-100 Minneapolis, MN 55415** |

Debtor 1  **Peoria Charter Coach Company**                                 Case number (*if known*)   **25-80900**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.28. State what the contract or lease is for and the nature of the debtor's interest

**(1) 2020 Prevost H3-45 Highway Motor Coach: (Coach #206, VIN ending 0807): lease from 11/2020 to 3/2027, monthly payments of $6,366**

State the term remaining

List the contract number of any government contract

**Wells Fargo Equipment Finance, Inc.**
**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**

**Fill in this information to identify the case:**

Debtor name **Peoria Charter Coach Company**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known) **25-80900**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name        **Peoria Charter Coach Company**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF ILLINOIS

Case number (if known)   **25-80900**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$15,392,143.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$16,541,774.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$14,430,254.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor   **Peoria Charter Coach Company**                                    Case number *(if known)*  **25-80900**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Dayspring Bank** **5370 S. 72nd St.** **Omaha, NE 68127** | **12/9/25** | **$530,000.00** | ■ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.2. | **Morton Community Bank** **P.O. Box 104** **Morton, IL 61550** | **12/4/25** | **$86,472.43** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __Driver credit cards__ |
| 3.3. | **Bus and Rental Lease Payments** | **90 days - ordinary lease payments - see Schedule G** | **Unknown** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __Lease Payments__ |
| 3.4. | **Citibank** **6716 Grade Lane, Building 9, Suite 910** **Louisville, KY 40213** | **$9,000 on 12/8/25, $12,075.98 on 11/20/25, $7,387.97 on 10/17/25, $3,231.86 on 9/18/25** | **$31,695.81** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __Credit card payments__ |
| 3.5. | **American Express** **P.O. Box 981535** **El Paso, TX 79998-1535** | **$3,847.91 on 11/20, $2,699 on 11/20, $419.72 on 11/2, $3,268.08 on 10/17, $3,636.13 on 10/17, $29.28 on 10/17, $5,618.34 on 9/18, $5,442.74 on 9/18, $3,102.72 on 9/18** | **$28,063.92** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other __Credit card payments - 3 accounts__ |

| Debtor | **Peoria Charter Coach Company** | Case number *(if known)* **25-80900** |
|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.6. | **Chase<br>P.O. Box 15548<br>Wilmington, DE 19886-5548** | **$897.66 on 12/9/25, $129.80 on 11/20/25, $1,196.88 on 10/17/25, $3,000 on 10/17/25, $30 on 9/19/25, $9,000 on 9/19/25, $3,328.80 on 9/5/25** | **$17,583.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit card payments** |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Essence Shannon v. Williams S. Brooks, individually and as agent and/or employee of Peoria Charter Coach Company; Peoria Charter Coach Company<br>2024 LA 0000139** | **Personal injury claim from 7/13/22 accident** | **Tenth Judicial Circuit - Peoria County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Peoria Charter Coach Company**                                    Case number *(if known)*  **25-80900**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Laura Rosch v. Peoria Motor Coach Company, William Brooks**<br>**2024 L 007351** | **Personal injury claim arising from 7/13/22 accident** | **Circuit Court of Cook County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | | **Pending unemployment claims (V. Randono #27227493) and J. Lucero (#27251010); pending unemployment appeal (R. Chavis 2506589)** | **Illinois Dept. of Employment Security** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | | **Workers compensation claims - 2 claims were resolved within the past year and the Debtor does not believe there are any other at the present: J. Lee (#2025010071), D. Owens (#2024033048)** | **Illinois Workers Compensation Commission** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

Official Form 207             **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **4**

| Debtor | **Peoria Charter Coach Company** | Case number *(if known)* **25-80900** |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **5 closed claims from 4/3/25, 5/2/25, 5/14/25, 6/24/25, 6/21/25** | | **See above** | **Unknown** |
| **3 open claims - Wolters (claim involving driver that had to brake hard and passenger that fell filed an injury claim, Debtor insurance company RLI working to resolve), Landmark (claim that motorcoaches have damaged parking lot, RLI working to resolve), McGarry (struck by another vehicle, not at fault, RLI working with other party's insurance to resolve)** | | | |

---

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeana Kim Reinbold**<br>**Sgro, Hanrahan, Durr, Rabin & Reinbold**<br>**1119 S. 6th Street**<br>**Springfield, IL 62703** | **Retainer for attorneys fees and costs** | **$2,500 on 11/14/25, $27,500 on 12/8/25** | **$30,000.00** |
| | **Email or website address**<br>**jeana@casevista.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Debtor | **Peoria Charter Coach Company** | Case number *(if known)* **25-80900** |
|---|---|---|

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Dennis Utley** | **2018 Dodge Caravan with 200,180 miles** | **5/2024** | **$500.00** |
| | Relationship to debtor | | | |
| 13.2. | **Jay Fry** | **Bus #253 - 2007 MCI J4500 Motorcoach** | **5/2024** | **$12,766.00** |
| | Relationship to debtor | | | |
| 13.3. | **Jay Fry** | **Bus #253 Transmission** | **5/2024** | **$7,234.00** |
| | Relationship to debtor | | | |
| 13.4. | **Mangold Ford Dealership** | **2017 White Ford Transit Van** | **12/2024** | **$15,400.00** |
| | Relationship to debtor | | | |
| 13.5. | **Randy Elliott** | **Bus #272 Lift** | **12/2024** | **$2,200.00** |
| | Relationship to debtor | | | |
| 13.6. | **Randy Elliott** | **Bus #272 Frame** | **12/2024** | **$2,000.00** |
| | Relationship to debtor | | | |
| 13.7. | **Randy Elliott** | **Bus #272 Transmission** | **12/2024** | **$1,100.00** |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Peoria Charter Coach Company** | Case number *(if known)* **25-80900** |
|---|---|---|

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　☐ No Go to Part 10.
　■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Principal Financial Services 401(k)** | EIN: |

　Has the plan been terminated?
　■ No
　☐ Yes

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Peoria Charter Coach Company**                                   Case number *(if known)*   **25-80900**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Third Party Owners** | | **3 RV mobile homes are presently being stored in one of the bus garages in the Peoria, IL facility.** | **Unknown** |

---

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

Debtor     **Peoria Charter Coach Company**                                                      Case number *(if known)* **25-80900**

---

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.    **Peoria Charter Travel** | **Debtor took over the operations in 10/2024 when current owners of the Debtor purchased the business.** | EIN:        **Previous EIN merged with Debtor's EIN.** <br> From-To |

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Michael Bass** <br> **RSM US LLP** <br> **401 Main Street, Suite 1200** <br> **Peoria, IL 61602** | |
| 26a.2.    **William Winkler** <br> **2609 W. Lake Pointe Terrace** <br> **Peoria, IL 61614** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Michael Bass** <br> **RSM US LLP** <br> **401 Main Street, Suite 1200** <br> **Peoria, IL 61602** | |
| Name and address | Date of service From-To |
| 26b.2.    **William Winkler** <br> **2609 W. Lake Pointe Terrace** <br> **Peoria, IL 61614** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Michael Bass** <br> **RSM US LLP** <br> **401 Main Street, Suite 1200** <br> **Peoria, IL 61602** | |
| 26c.2.    **William Winkler** <br> **2609 W. Lake Pointe Terrace** <br> **Peoria, IL 61614** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

---

Debtor   **Peoria Charter Coach Company**                                      Case number *(if known)* **25-80900**

■ None

| Name and address |
| --- |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No

■   Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.1. **Jamie Peplow** | **12/2025** | **$948,426 (retail value)** |
| Name and address of the person who has possession of inventory records |
| **Debtor** |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| 27.2. **Cory Rodden** | **12/2024** | **$895,580.10 (retail value)** |
| Name and address of the person who has possession of inventory records |
| **Debtor** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Jingning Wang aka James Wang** | **1810 Autumn Ridge Dr. Urbana, IL 61802** | **CEO** | **51% Owner** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **John Sturmanis** | **1854 CR 50E Savoy, IL 61874** | **Vice President** | **15% Owner** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Roman Kuryluk** | **2981 Geneva Ln. Lake in the Hills, IL 60156** | **Managing Partner** | **33% Owner** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **William Winkler** | **2609 W. Lake Pointe Terrace Peoria, IL 61614** | **Auditor** | **1% Owner** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Ciaran Maloney** | **220 Brookwood Dr. Champaign, IL 61820** | **Secretary/Safety Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Dale DeVries** | **701 Higgins Road Champaign, IL 61822** | **Treasurer/Comptroller** | |

Debtor    **Peoria Charter Coach Company**                                    Case number *(if known)*  **25-80900**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Jamie Peplow** | **586 Tazewood Rd. Metamora, IL 61548** | **Managing Member/Chief Operating Officer** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑  No
☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
☑  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jingning Wang 1810 Autumn Ridge Dr. Urbana, IL 61802** | **$185,102** | **Past 1 year** | **Salary (167,102) (decrease on 11/28/25 from $3,269 weekly to $2,307 weekly) and S Corp distribution for taxes (18,000)** |
| | **Relationship to debtor CEO and 51% Owner** | | | |
| 30.2. | **Roman Kuryluk 819 W. Hintz Rd. Arlington Heights, IL 60004** | **$121,000** | **Past 1 year** | **Salary (104,000) and S Corp distribution for taxes (17,000)** |
| | **Relationship to debtor Managing Partner and 33% Owner** | | | |
| 30.3. | **John Sturmanis 1854 CR 50E Seymour, IL 61875** | **$64,000** | **Past 1 year** | **Salary (49,000) (increase on 11/28/25 from $1,000 weekly to $2,000 weekly) and S Corp distribution for taxes (15,000)** |
| | **Relationship to debtor Vice President and 15% Owner** | | | |

Debtor   **Peoria Charter Coach Company**                                   Case number *(if known)*  **25-80900**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | **William Winkler**<br>**2609 W. Lake Pointe Terrace**<br>**Peoria, IL 61614**<br><br>**Relationship to debtor**<br>**Auditor and 1% Owner** | **Salary and 1% ownership** | **Past 1 year** | **William Winkler sold the company in 10/2024 but has continued to work with the company in an auditing and accounting role; salary of $17,200 year to date and assumption of son's former note.** |
| 30.5. | **Jamie Peplow**<br><br>**Relationship to debtor**<br>**Managing Member** | **$89,603** | **Past 1 year** | **Salary (89,603) (increase on 11/28/25 from $1,706 weekly to $2,003 weekly)** |
| 30.6. | **Ciaran Maloney**<br><br>**Relationship to debtor**<br>**Secretary/Safety Director** | **$70,568** | **Past 1 year** | **Salary (70,568) (increase on 11/28/25 from $1,346 weekly to $1,538 weekly)** |
| 30.7. | **Dale DeVries**<br><br>**Relationship to debtor**<br>**Treasurer/Comptroller** | **$66,054** | **Past 1 year** | **Salary (66,054) (increase from 1250 weekly to 1284 weekly on 5/9/25)** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■ No
  ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Peoria Charter Coach Company**                                        Case number *(if known)*  **25-80900**

---

**Part 14:**  **Signature and Declaration**

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 29, 2025**

**/s/ Jingning Wang, a/k/a James Wang**              **Jingning Wang, a/k/a James Wang**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

---

Official Form 207                 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                         page **13**

B2030 (Form 2030) (12/25)

## United States Bankruptcy Court
### Central District of Illinois

In re   **Peoria Charter Coach Company**　　　　　　　　　　　　　　　Case No.   **25-80900**

　　　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.　Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |
|---|---|
| For legal services, I have agreed to accept | $　**30,000.00** |
| Prior to the filing of this statement I have received | $　**30,000.00** |
| Balance Due | $　**0.00** |

2.　The source of the compensation paid to me was:

☐ Debtor　　■ Other (specify):　　**$30,000 paid as retainer, of which $15,000 was billed as an advance payment retainer for fees and costs in this case.**

3.　The source of compensation to be paid to me is:

☐ Debtor　　■ Other (specify):　　**$250/hour to be billed from remaining retainer balance of $15,000 and thereafter from Debtor as allowed.**

4.　■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.　Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.　Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.　Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.　Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.　[List other services that counsel has agreed to provide]
　　**- To give the Debtor legal advice with respect to his rights, powers and duties as Debtor-in-Possession in connection with the administration and management of the bankruptcy estate and its property;**
　　**- To take such action as may be necessary with respect to claims filed in the bankruptcy case;**
　　**- To prepare applications, motions, complaints, orders and pleadings as may be necessary in connection with the appropriate administration of this case;**
　　**- To represent the Debtor with respect to inquiries and negotiations concerning creditors;**
　　**- To initiate, defend or otherwise participate on behalf of the Debtor in all proceedings before this Court.**

6.　By agreement with the debtor(s), the above-disclosed fee does not include the following service:
　　**Services not listed above.**

---

### CERTIFICATION

　　I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 29, 2025**　　　　　　　　　　　**/s/ Jeana Kim Reinbold**
*Date*　　　　　　　　　　　　　　　　　　**Jeana Kim Reinbold**
　　　　　　　　　　　　　　　　　　　　　*Signature of Attorney*
　　　　　　　　　　　　　　　　　　　　　**Sgro, Hanrahan, Durr, Rabin & Reinbold, LLP**
　　　　　　　　　　　　　　　　　　　　　**1119 S. 6th Street**
　　　　　　　　　　　　　　　　　　　　　**Springfield, IL 62703**
　　　　　　　　　　　　　　　　　　　　　**217-789-1200**
　　　　　　　　　　　　　　　　　　　　　**jeana@casevista.com**
　　　　　　　　　　　　　　　　　　　　　*Name of law firm*

# United States Bankruptcy Court
## Central District of Illinois

In re   **Peoria Charter Coach Company**                                    Case No.   **25-80900**
                                                            Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 29, 2025**                 **/s/ Jingning Wang, a/k/a James Wang**
                                              **Jingning Wang, a/k/a James Wang**/**CEO**
                                              Signer/Title